IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DEYARA MASON,<br><br>                Defendant. | 4:98CR3009<br><br>ORDER FOR DISMISSAL OF INDICTMENT |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the defendant, Deyara Mason.

DATED this 15th day of December, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge